SANDRA R. BROWN
Acting United States Attorney
DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office
ROSALIND WANG (Cal. State Bar No. 218626)
Assistant United States Attorney
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3547
    Facsimile: (714) 338-3561
    E-mail: rosalind.wang@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 12-964-DMG-10 |
|---|---|
| Plaintiff, | Order Regarding Stipulated Detention of Defendant Jose Pineda Pending Sentencing |
| v. | |
| ROSA AVITIA TORRES, et al., | |
| Defendants. | |

Based on the parties' stipulation filed herewith, it is hereby ORDERED that defendant JOSE PINEDA be detained pending his sentencing hearing, currently scheduled on September 20, 2017 at 3:30 p.m. before U.S. District Judge Dolly M. Gee.

                                                                      */s/ Alexander F. MacKinnon*

DATE 6/27/2017                      ALEXANDER F. MACKINNON
                                    UNITED STATES MAGISTRATE JUDGE