UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROSA AVITIA TORRES, et al.,<br><br>Defendants. | No. CR 12-964-DMG<br><br>**DETENTION ORDER PENDING PRETRIAL RELEASE REVOCATION HEARING FOR DEFENDANT JOSE PINEDA [1022]** |

Based on the parties' stipulation filed herewith, IT IS HEREBY ORDERED that defendant JOSE PINEDA be detained pending his sentencing hearing, currently scheduled on September 20, 2017 at 3:30 p.m. before this Court. A hearing on defendant's pretrial revocation is continued to that same date and time. The Court makes the following findings:

(1) Based on the arrest warrant issued for defendant alleging that he violated the conditions of his pretrial release, there is probable cause to believe that defendant has committed a State crime while on pretrial release; and

(2) Per the parties' stipulation, defendant has not rebutted the presumption under 18 U.S.C. § 3148 that no condition or combination of conditions will assure that defendant will not pose a danger to the safety of any other person or the community.

(3) This order is WITHOUT PREJUDICE.

DATED: June 29. 2017

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

cc: PSA